UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. FRANK,<br><br>    Petitioner,<br><br>v.<br><br>ERIC ARNALD,<br><br>    Respondent. | Case No. 18-cv-03967-EMC<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>Docket No. 14 |

Petitioner has filed a request for appointment of counsel to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* At this time, the interests of justice do not require appointment of counsel in this action. Petitioner has adequately pled his claims for relief and states that all of his claims previously were presented in state court. Petitioner's request for appointment of counsel is **DENIED**. Docket No. 14.

    **IT IS SO ORDERED**.

Dated: June 10, 2019

EDWARD M. CHEN
United States District Judge